IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RON PAGE, et al., individually and on behalf of those similarly situated, § § § § | |
| Plaintiffs, § § | |
| v. § § | Civil Action No. H-12-2093 |
| NOVA HEALTHCARE MANAGEMENT, L.L.P., et al., § § § § | |
| Defendants. § | |

### ORDER ADOPTING MEMORANDUM, RECOMMENDATION AND ORDER

The Court has conducted a *de novo* review of the Magistrate Judge's Memorandum, Recommendation and Order along with the objections filed by Defendants Nova Healthcare Management, L.L.P., et al. Finding no error, the court concludes that the Memorandum and Recommendation should be adopted.

The Memorandum, Recommendation and Order is **ADOPTED**.

Defendants are **ORDERED** to provide Plaintiffs' counsel with a list of all employees fitting the description of the conditionally certified class within fourteen days. This list shall include each individual's full name and last known address, but need not include the potential plaintiffs' phone numbers.

Plaintiffs shall have fourteen days from receipt of this information to mail the notice to the potential class members. The

opt-in period shall be ninety days from the date the notice is mailed.

**SIGNED** at Houston, Texas, this **6th** day of September, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE