IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RON PAGE, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. H-12-2093 |
| § | |
| NOVA HEALTHCARE MANAGEMENT § | |
| L.L.P., et al., § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

The Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this 3rd day of October, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] There were no objections filed by either party.